Jordan A. Feirman
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square, New York, NY 10036
Tel.: (212) 735-3000 / Fax: (212) 735-2000

Attorneys for Defendants Red Bull GmbH,
Red Bull North America, Inc.,
and Red Bull Distribution Company, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BENJAMIN CAREATHERS, individually, and :
on behalf of all others similarly situated,
                                                     : Case No. 13-CV-369 (VM)
                       Plaintiff,
                                                     : **ECF Case**
          - against -

RED BULL GMBH, a foreign corporation,
RED BULL NORTH AMERICA, INC., a
California corporation, and RED BULL
DISTRIBUTION COMPANY, INC., a
Delaware corporation,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

       Defendants having previously advised Plaintiff of their intention to file a motion to dismiss in lieu of an answer, and in accordance with the Court's Individual Rule II.A, having provided Plaintiff with a letter setting forth grounds for said motion, the undersigned hereby appears as counsel for Defendants Red Bull GmbH, Red Bull North America, Inc., and Red Bull Distribution Company, Inc. in the above captioned-action, without waiving, and expressly

reserving, the right to assert that this Court lacks personal jurisdiction over defendants Red Bull GmbH and Red Bull Distribution Company, Inc.

Dated: February 8, 2013

                                                  /s/ Jordan A. Feirman
                                                  Jordan A. Feirman
                                                  jordan.feirman@skadden.com
                                                  SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP
                                                  Four Times Square
                                                  New York, NY 10036
                                                  (212) 735-3000

1002859-NYCSR04A - MSW