CASE NO. 1:13-CV-0369-VM

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Kenneth Alan Plevan, Esq.
Email: kplevan@skadden.com
Jordan Adam Feirman, Esq.
Email: jfeirman@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
42nd floor
New York, NY 10036
212-735-3000
Fax: 917-777-3410

Jason David Russell, Esq.
Email: jason.russell@skadden.com
Skadden, Arps, Slate, Meagher & Flom, LLP
300 South Grand Avenue
36th Floor
Los Angeles, CA 90071
(213) 687-5328
Fax: (213) 621-5328

Date: April 1, 2013
       New York, NY

By: */s Benedict P. Morelli*
Benedict P. Morelli
S.D.N.Y. Bar ID: BP6597
MORELLI ALTERS RATNER (NEW YORK)
950 Third Avenue
11th Floor
New York, New York 10022
Telephone:   (212) 751-9800
Facsimile:   (212) 751-0046