UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

BENJAMIN CAREATHERS,

                Plaintiff,

     -against-                             1:13 cv 0369   ( VM )

RED BULL NORTH AMERICA, INC., a
California corporation,                   **MOTION FOR ADMISSION
               Defendant.                    PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I _____ Jeremy W. Alters _____ , hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

_____ Plaintiff Benjamin Careathers _____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

_____ Florida _____ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 25, 2013                     Respectfully Submitted,

Applicant Signature

Applicant's Name: Jeremy W. Alters

Firm Name: Morelli Alters Ratner, P.C.

Address: 4141 N.E. 2nd Avenue, Suite 201

City / State / Zip: Miami, FL 33137

Telephone / Fax: T: 305-571-8550   F: 305-571-8558

E-Mail: jalters@morellialters.com