SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3067
DIRECT FAX
(917) 777-3067
EMAIL ADDRESS
JORDAN.FEIRMAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 2, 2014

**BY ECF**
Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

> RE: *Careathers v. Red Bull North America, Inc., et al*, Case No. 1:13-CV-0369 and *Wolf et al. v. Red Bull North America, Inc. et al.*, Case No. 1:13-CV-08008

Dear Judge Failla:

    In response to the Court's request, we write on behalf of all parties to update the Court on the status of the contemplated global settlement in the above-referenced actions. As we previously informed the Court, following productive mediation, the parties reached an agreement on the structure of a class action settlement, which structure has not substantially changed over the last several weeks.

    Finalization of the appropriate papers for presentation of the settlement to the Court, however, has been delayed as the parties work out some of the finer details of the mechanics of the settlement. For example, one potential component of the proposed settlement relief for a nationwide class contemplates the provision of either vouchers or gift cards to class members who select such an option under the settlement. The parties are working to ensure that if vouchers are provided as an option, they will be accepted broadly by a variety of retailers and are designed to avoid potential counterfeiting; or that if gift cards are provided as an option, that they be easy to redeem and use.

    In addition, the parties spent significant time working to find an appropriate claims administrator, and working with the claims administrator that was ultimately selected and retained, to ensure both that notice will be properly provided to the class and that distribution of relief will be accomplished in a timely and orderly manner.

Honorable Katherine Polk Failla
July 2, 2014
Page 2

      We appreciate the Court's patience and attention to this matter. Accounting for summer vacation schedules and related timing issues (both of the parties themselves and outside counsel), we anticipate that the parties will file papers seeking preliminary approval of the global settlement by no later than July 31. We are happy to provide the Court with any additional information or guidance that may be requested.

                                      Respectfully submitted,

                                      Jordan Feirman, Esq.

cc: Benedict P. Morelli, Esq.; David S. Ratner, Esq.
    Jeremy W. Alters, Esq; Matthew T. Moore, Esq.
    Laurence D. King, Esq; Linda M. Fong, Esq.