**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| **BENJAMIN CAREATHERS,** individually, and on behalf of all others similarly situated, | |
| | 1:13-CV-0369 (KPF) |
| Plaintiff, | ECF Case |
| | Electronically Filed |
| - against - | |
| **RED BULL NORTH AMERICA, INC.,** a California corporation, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **DAVID WOLF and MIGUEL ALMARAZ,** individually and on behalf of others similarly situated, | 1:13-cv-08008 (KPF) |
| Plaintiffs, | |
| v. | |
| **RED BULL GMBH,** a foreign company; **RED BULL NORTH AMERICA, INC.,** a California corporation; and **RED BULL DISTRIBUTION COMPANY, INC.,** a Delaware corporation, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFFS' NOTICE OF JOINT MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Benedict P. Morelli
bmorelli@morellilalters.com
David S. Ratner
dratner@morellialters.com
Adam Deutsch
adeutsch@morellialters.com

MORELLI ALTERS RATNER, LLP
777 Third Avenue
31st Floor
New York, NY 10017

Jeremy W. Alters
jalters@morellialters.com
Matthew T. Moore
mmoore@morellialters.com
MORELLI ALTERS RATNER, LLP
Miami Design District
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137

*Attorneys for Plaintiff Benjamin Careathers*

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Frederic S. Fox
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
ffox@kaplanfox.com

Justin B. Farar
KAPLAN FOX & KILSHEIMER LLP
11111 Santa Monica Blvd, Suite 620
Los Angeles, CA 90025
Telephone:  (310) 575-8670
Facsimile:   (310) 575-8697
jfarar@kaplanfox.com

*Attorneys for Plaintiffs David Wolf and Miguel Almaraz*

2

PLEASE TAKE NOTICE THAT upon the accompanying Plaintiffs' Memorandum of Law in Support of Joint Motion for Preliminary Approval of Class Action Settlement with Red Bull North America, Inc., Red Bull Distribution Company, Inc., and Red Bull GmbH, the concurrently filed Stipulation of Settlement with exhibits, and all prior proceedings had herein, Plaintiff Benjamin Careathers, individually and on behalf of himself and each of the Settlement Class Members, by and through Class Counsel authorized to settle *Careathers v. Red Bull North America, Inc., et al,* Case No. 1:13-CV-0369 (S.D.N.Y) (the "New York Action") on their behalf, and Plaintiffs David Wolf and Miguel Almaraz, individually and on behalf of themselves and each of the Settlement Class Members, by and through Class Counsel authorized to settle *Wolf v. Red Bull GmbH, et al.*, originally filed in the Central District of California, Case No. CV 13-01444 but subsequently transferred and consolidated with the New York Action (collectively "Plaintiffs") will, and hereby do, jointly move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order substantially in the form of the [Proposed] Order Granting Preliminary Approval of Class Action Settlement:[1]  (1) conditionally certifying the settlement class; (2) granting preliminary approval of the proposed settlement; (3) approving the proposed notice program and directing that notice be disseminated to the Settlement Class as provided in the Stipulation; (4) appointing Benjamin Careathers, David Wolf and Miguel Almaraz as class representatives and Morelli Alters Ratner P.C./P.A. and Kaplan Fox & Kilsheimer LLP as Class Counsel; and (5) appointing Garden City Group as the Class Action Settlement Administrator.

---

[1] The Proposed Order is attached as a sub-exhibit to Exhibit 1 of the concurrently filed Declaration of Matthew T. Moore, Esq. in support of Plaintiffs' Memorandum of Law.

This motion is based on this Notice of Joint Motion, the accompanying Memorandum of Law, the concurrently filed proposed Stipulation of Settlement (and accompanying exhibits), and all papers and records on file in this matter.

Dated:	New York, New York
	July 31, 2014

Respectfully,

By: /s Benedict P. Morelli
Benedict P. Morelli
bmorelli@morellilalters.com
David S. Ratner
dratner@morellialters.com
Adam Deutsch
adeutsch@morellialters.com
MORELLI ALTERS RATNER, LLP
777 Third Avenue
31st Floor
New York, NY 10017

Jeremy W. Alters
jalters@morellialters.com
Matthew T. Moore
mmoore@morellialters.com
MORELLI ALTERS RATNER, LLP
Miami Design District
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137

*Attorneys for Plaintiff Benjamin Careathers*

By: /s Laurence D. King
Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

2

        Frederic S. Fox
        KAPLAN FOX & KILSHEIMER LLP
        850 Third Avenue, 14th Floor
        New York, New York 10022
        Telephone: (212) 687-1980
        ffox@kaplanfox.com

        Justin B. Farar
        KAPLAN FOX & KILSHEIMER LLP
        11111 Santa Monica Blvd, Suite 620
        Los Angeles, CA 90025
        Telephone:  (310) 575-8670
        Facsimile:   (310) 575-8697
        jfarar@kaplanfox.com

        *Attorneys for Plaintiffs David Wolf and Miguel Almaraz*

## CERTIFICATE OF SERVICE

The undersigned, an attorney admitted to practice law before this Court, hereby certifies under penalty of perjury that on July 31, 2014, I caused a true copy of the foregoing Notice Of Joint Motion for Preliminary Approval of Class Action Settlement to be filed and served via the Court's CM/ECF electronic filing system and same was thereby served upon counsel for Defendant:

Kenneth A. Plevan
Jordan A. Feirman
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

Jason D. Russell
Hillary A. Hamilton
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel: (213) 687-5000

                                                     */s David S. Ratner*
                                                      David S. Ratner