UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
BENJAMIN CAREATHERS,                 :
individually, and on behalf of all others :
similarly situated,                  :   1:13-CV-0369 (KPF)
                                     :
                    Plaintiff,       :   ECF Case
                                     :
                                     :   Electronically Filed
      - against -                    :
                                     :
RED BULL NORTH AMERICA, INC.,        :
a California corporation,            :
                                     :
                    Defendant.       :
                                     :
-------------------------------------:
DAVID WOLF and MIGUEL                :
ALMARAZ, individually and on behalf of : 1:13-cv-08008 (KPF)
others similarly situated,           :
                                     :
                    Plaintiffs,      :
      v.                             :
                                     :
RED BULL GMBH, a foreign company;    :
RED BULL NORTH AMERICA, INC., a      :
California corporation; and RED BULL :
DISTRIBUTION COMPANY, INC., a        :
Delaware corporation,                :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X

## DECLARATION OF MATTHEW T. MOORE, ESQ.

I, Matthew T. Moore, hereby declare under penalty of perjury as follows:

1.  I am an attorney with the law firm of Morelli Alters Ratner, LLP, counsel for Plaintiff Benjamin Careathers in the above-captioned matter, and am an attorney duly authorized to practice law in the State of Florida and am admitted *pro hac vice* to appear before this Honorable Court for this matter. I submit this Declaration in support of the joint motion for

preliminary approval of class action settlement. I have personal knowledge of the matters discussed herein, and, if called upon to do so, would testify competently thereto.

       2.       Attached hereto as Exhibit 1 is a true and correct copy of the Executed Stipulation of Settlement along with its accompanying exhibits: Exhibit A, Claim Form; Exhibit B, Notice of Class Action Settlement; Exhibit C, Legal Notice of Settlement; Exhibit D, [Proposed] Order Granting Preliminary Approval of Class Action Settlement; and Exhibit E, Notice Program.

       3.       Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Lael D. Dowd of Garden City Group in support of the Joint Motion for Preliminary Approval of the Class Action Settlement, along with its Exhibit A, Garden City Group's Corporate Resume.

I declare that the foregoing is true and correct. Executed in Miami-Dade County, Florida on July 31, 2014.

_____
Matthew T. Moore, Esq.

## CERTIFICATE OF SERVICE

The undersigned, an attorney admitted to practice law before this Court, hereby certifies under penalty of perjury that on July 31, 2014, I caused a true copy of the foregoing Declaration of Matthew T. Moore, Esq. (and its attachments) to be filed and served via the Court's CM/ECF electronic filing system and same was thereby served upon counsel for Defendant:

Kenneth A. Plevan
Jordan A. Feirman
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

Jason D. Russell
Hillary A. Hamilton
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel: (213) 687-5000

                 */s David S. Ratner*
                 David S. Ratner