UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SAMUEL & STEIN**
David Stein (DS 2119)
38 West 32nd Street
Suite 1110
New York, New York 10001
(212) 563-9884

Attorneys for Objector/Class Member
Paul J. Lopez

| | |
|---|---|
| BENJAMIN CAREATHERS, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   - vs. -<br><br>RED BULL NORTH AMERICA, INC., a California corporation,<br><br>   Defendants. | DOCKET NO. 1:13-CV-0369 (KPF)<br><br>**NOTICE OF APPEARANCE** |
| DAVID WOLF & MIGUEL ALMARAZ, individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>   - vs. -<br><br>RED BULL GMBH, a foreign company; RED BULL NORTH AMERICA, INC., a California corporation; and RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation,<br><br>   Defendants. | DOCKET NO. 1:13-cv-8008 (KPF) |

**NOTICE OF APPEARANCE**

NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of objector/class member Paul J. Lopez.

Dated: March 31, 2015

                                              _____
                                              David Stein (DS 2119)
                                              Samuel & Stein
                                              38 West 32nd St., Suite 1110
                                              New York, New York 10001
                                              (212) 563-9884
                                              Fax (212) 563-9870
                                              dstein@samuelandstein.com

                                              Attorneys for Objector