UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X
BENJAMIN CAREATHERS, : 1:13-CV-0369 (KPF)
individually, and on behalf of all others :
similarly situated, : ECF Case
:
Plaintiff, : Electronically Filed
:
- against - :
:
RED BULL NORTH AMERICA, INC., :
a California corporation, :
:
Defendant. :
------------------------------ :
DAVID WOLF and MIGUEL ALMARAZ, : 1:13-cv-08008 (KPF)
individually and on behalf of others :
similarly situated, : **PLAINTIFFS' NOTICE OF MOTION**
: **FOR FINAL APPROVAL OF CLASS**
Plaintiffs, : **ACTION SETTLEMENT**
v. :
:
RED BULL GMBH, a foreign company; :
RED BULL NORTH AMERICA, INC., a :
California corporation; and RED BULL :
DISTRIBUTION COMPANY, INC., a :
Delaware corporation, :
:
Defendants. :
:
------------------------------ X

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Frederic S. Fox
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
ffox@kaplanfox.com

Justin B. Farar
KAPLAN FOX & KILSHEIMER LLP
11111 Santa Monica Blvd, Suite 620
Los Angeles, CA 90025
Telephone: (310) 575-8670
Facsimile: (310) 575-8697
jfarar@kaplanfox.com

*Attorneys for Plaintiffs David Wolf and Miguel Almaraz*


Benedict P. Morelli
bmorelli@morellialters.com
David S. Ratner
dratner@morellialters.com
Adam Deutsch
adeutsch@morellialters.com
MORELLI ALTERS RATNER, LLP
777 Third Avenue, 31st Floor
New York, NY 10017

Jeremy W. Alters
jalters@morellialters.com
Matthew T. Moore
mmoore@morellialters.com
MORELLI ALTERS RATNER, LLP
2675 Northeast 188th Street
Miami, Florida 33180

*Attorneys for Plaintiff Benjamin Careathers*

Named Plaintiffs Benjamin Careathers, David Wolf, and Miguel Almaraz, the Class representatives, hereby give notice of moving the Court for entry of an Order of Final Settlement Approval pursuant to Federal Rule of Civil Procedure 23(e).The motion shall be called up for hearing on May 1, 2015 at 10:00 am before this Court and the Honorable Katherine Polk Failla, Courtroom 618, 40 Foley Square, New York, New York 10007.

In support of this motion, Plaintiffs rely upon: (a) the record herein; (b) the Stipulation of Settlement and Exhibits thereto; and (c) the accompanying Memorandum of Law in Support of the Motion for Final Approval of Class Action Settlement.

WHEREFORE, for the reasons stated in the instant Motion and accompanying Memorandum of Law in Support, Plaintiffs respectfully request that the Court enter their [Proposed] Order and Final Judgment attached as Exhibit G to the Joint Declaration of Benedict P. Morelli and Laurence D. King in Support of: 1) Plaintiffs' Motion for Final Approval of Class Action Settlement; and 2) Plaintiffs' Motion for Approval of Attorneys' Fees, Service Fees, and Reimbursement of Expenses.

Respectfully submitted this 8th day of April, 2015.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: San Francisco, CA<br>April 8, 2015 | KAPLAN FOX & KILSHEIMER LLP<br><br>By:   /s/ *Laurence D. King*<br>         Laurence D. King<br><br>Laurence D. King<br>Linda M. Fong<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone:  (415) 772-4700<br>Facsimile:   (415) 772-4707<br>lking@kaplanfox.com<br>lfong@kaplanfox.com |

1

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
ffox@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
Justin B. Farar
11111 Santa Monica Blvd, Suite 620
Los Angeles, CA 90025
Telephone: (310) 575-8670
Facsimile: (310) 575-8697
jfarar@kaplanfox.com

*Attorneys for Plaintiffs David Wolf & Miguel Almaraz*


MORELLI ALTERS RATNER, LLP
Benedict P. Morelli
David S. Ratner
Adam Deutsch
777 Third Avenue, 31st Floor
New York, NY 10017
bmorelli@morellilalters.com
dratner@morellialters.com
adeutsch@morellialters.com

MORELLI ALTERS RATNER, LLP
Jeremy W. Alters
Matthew T. Moore
Miami Design District
2675 N.E. 188th Street
Miami, Florida 33180
jalters@morellialters.com
mmoore@morellialters.com

*Attorneys for Plaintiff Benjamin Careathers*

# CERTIFICATE OF SERVICE

The undersigned, an attorney admitted to practice law before this Court, hereby certifies under penalty of perjury that on April 8, 2015, I caused to be served a true and correct copy of the foregoing PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, <u>by electronic filing</u> with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action, and <u>by U.S. Mail</u> on the following, addressed as indicated below:

Benedict P. Morelli
Morelli Ratner PC
950 Third Avenue
New York, NY 10022

I am readily familiar with my firm's practice of collection and processing correspondence for mailing and that practice is that the documents are enclosed in sealed envelopes, with postage prepaid thereon, and deposited with the U.S. Postal Service on that same date as this Certificate of Service.

                                                              /s/ *Laurence D. King*
                                                                Laurence D. King