UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CAREATHERS, individually, and on behalf of all others similarly situated, | 1:13-CV-0369 (KPF) |
| Plaintiff, | Date: May 1, 2015<br>Time: 10:00 a.m. |
| - against - | |
| RED BULL NORTH AMERICA, INC.,<br>A California corporation<br>A California corporation<br>a California corporation,<br>    Defendant. | |
| DAVID WOLF and MIGUEL ALMARAZ, individually and on behalf of others similarly situated, | 1:13-cv-8008 (KPF) |
| Plaintiff, | |
| v. | |
| RED BULL GMBH, a foreign company;<br>RED BULL NORTH AMERICA, INC., a California corporation; and<br>RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation, | |
| Defendants. | |

**NOTICE OF APPEARANCE OF QUYEN C. HOANG**

1

COMES NOW attorney Quyen C. Hoang, Esq., and enters his appearance in this matter on behalf of objectors/class members Patrick Cruz and Ruben Quinones

/s/ Quyen C. Hoang
Quyen C. Hoang, CA Bar No. 192126
(Pro Hoc Vice, Pending)
Law Office of Quyen C. Hoang
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
(714) 369-8152

Attorney for Objectors Patrick Cruz and Ruben Quinones