December 15, 2014

Via Priority Mail

Clerk of Court

The United States District Court

For The Southern District of New York

500 Pearl Street

New York, New York 10007-1312

Christopher Andrews, Pro se.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 21, 2015

Judge Katherine Polk Failla

Case No.1:13-cv-00369-KPF

Case No.1:13-cv-080008-KPF

**Supplement to Existing Red Bull Objection**

Date of Fairness Hearing: May 01, 2015

Time: 10:00 am EST

Courtroom of Judge Katherine Polk Failla

United States District Court

Southern District of New York

Benjamin Careathers, individually, and on behalf   Case 1:13-cv-00369-KPF

Of all others similarly situated,
                        Plaintiff,

    Vs.

Red Bull North America, Inc., a California



DEC 17 2014

PRO SE OFFICE

Corporation,

                        Defendant,

---

David Wolf and Miguel Almaraz individually,   Case 1: 13-cv-080008-KPF

and on behalf of all others similarly situated,

                        Plaintiffs,

Red Bull GMBH, foreign company; Red Bull

North America, Inc, a California corporation;

And Red Bull Distribution Company, Inc., a

Delaware corporation,

                        Defendants,

## CORRECTION AND SUPPLEMENT TO OBJECTION

Objector incorrectly calculated the overcharge of the four pack value to each class claimant. Defendant is counting two four pack's each time the product option is selected not one. The overcharge to the class is $15.00 - $11.96 ($5.98 Walmart price x 2) is $3.04 per product option ordered. The value to the class should be recalculated to the class at a minimum savings of $3.04 per order and preferably the lower wholesale price should be used ($5.00 per pack?)

Apparently as of the end of November 3.4 million claims per date have been filed making the cash option worth approximately $3.00 ish per person not $10.00 and the product option down to the one pack vs the two pack that was proposed.

To make up for the pro-rata clause kicking in on both the cash and product options every penny saved or credited to the class will make a huge difference since the value fund will be severely depleted due to the large number of claims being filed. The solution is to include a coupon with each claim sent out to each class member who filed a claim for cash or a product good for one free four pack (8.4 ounce can) to make up for the shortage. The coupon should be valid for six months and should be transferrable with each coupon worth 1/1000 of one cent in cash.

*Christopher Andrews, objector, Pro se P.O. Box 530394*

*Livonia, MI 48152-0394 E-mail caaloa@gmail.com Phone 1-248-635-3810*

[signature: Christopher Andrews]

*Christopher Andrews*

*I certify* under penalty of perjury in accordance with 28 U.S.C. § 1746, that *the above and below information is true and accurate to the best of my knowledge,* information,

and belief. *Any emails, notices or docket filings filed with the court can be sent to the objector at the email address listed above.*

*Christopher Andrews* (signature)

Christopher Andrews

I *hereby certify* pursuant to 28 U.S.C. § 1746, *under penalty of perjury that the above and below information is true and accurate to the best of my knowledge, information, and belief.*

On this day December 15, 2014 I sent the foregoing to the Clerk of the Court via Priority Mail, and served true and correct copies upon class counsel and defendants' counsel via US First Class Mail at the addresses below, per the instructions of the Settlement Notice to:

Clerk of Court, the United States District Court

For the Southern District of New York

500 Pearl Street

New York, NY 10007-1312


Morelli Alters Ratner, LLP Benedict P. Morelli 777 Third Avenue, 31st Floor

New York, NY 10017

Morelli Alters Ratner, LLP (the objection sent here was undeliverable, we will try again) Jeremy W. Alters Miami Design District 4141 Northeast 2nd Ave., Suite 201 Miami, FL 33137

Kaplan Fox & Kilsheimer LLP Laurence D. King Linda M. Fong 350 Sansome Street, Suite 400 San Francisco, CA 94104

Kaplan Fox & Kilsheimer LLP Frederic S. Fox 850 Third Avenue, 14th Floor New York, New York 10022

Kaplan Fox & Kilsheimer LLP Justin B. Farar 11111 Santa Monica Blvd, Suite 620 Los Angeles, CA 90025

Skadden Arps Slate Meagher & Flom LLP Jason D. Russell Hillary A. Hamilton 300 S. Grand Ave. Suite 3400 Los Angeles, CA 90071

Skadden Arps Slate Meagher & Flom LLP Kenneth A. Plevan Four Times Square New York, NY 10036

Benjamin Careathers, Vs. Red Bull North America, Inc., Case No.1:13-cv-00369-KPF And David Wolf and Miguel Almaraz Vs. et al. v. Red Bull GmbH, et al. Case No.1:13-cv-080008-KPF