Dave Mager
10121 Page Road
Streetsboro, Ohio 44241
(330) 819-7254

---

March 23, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 21, 2015

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Careathers v. Red Bull North America, Inc.*, Case No. 1:13-CV-00369 (KPF)
and *Wolf, et al. v. Red Bull GmbH, et al.*, Case No. 1:13-CV-08008 (KPF)
<u>OBJECTION TO CLASS ACTION SETTLEMENT & ATTORNEY'S FEES</u>

Dear Sir or Madam:

I am a class member in the above-captioned actions. I have several objections to the settlement. First, the cash payment of $10 awards class members who purchased one product the same as those who purchased numerous products. I think there should be some kind of different levels of distribution. Second, class members should have more time to cash their checks. What if it is sent to the wrong address or it is accidentally misplaced? Third, any excess to the fund should be shared among all people involved – not given to charity. Most important, I object to paying class counsel almost *30%* of the kitty! I bet their share will be even higher of the claims actually paid. I won't be attending the fairness hearing, but I did want to get my two cents in. In compliance with the class notice, As required by the notice, I hereby swear and attest, under penalty of perjury pursuant to 28 U.S.C. § 1746, that:

(i) I made at least one retail purchase of Red Bull products in the United States between January 1, 2002 and October 3, 2014;
(ii) I did not make such purchase for resale; and
(iii) I am not a Red Bull employee, officer, director, agent, or representative.

Sincerely,

*/s/ Dave Mager*

Dave Mager