USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 21, 2015

Clerk of the Court United States District Court
Southern District of New York
500 Pearl Street New York, NY 10007-1312

Kenneth A. Plevan
Jordan A. Feirman
Four Times Square New York, NY 10036

**Morelli Alters Ratner, LLP**
Benedict P. Morelli
David S. Ratner
Adam Deutsch
777 Third Avenue, 31st Floor New York, NY 10017

**Skadden Arps Slate Meagher & Flom LLP**
Jason D. Russell
Hillary A. Hamilton
300 S. Grand Ave.
Suite 3400
Los Angeles, CA 90071

**Kaplan Fox & Kilsheimer LLP**
Frederic S. Fox
850 Third Avenue,
14th Floor
New York, New York 10022

Re:
*Careathers v. Red Bull North America, Inc.*, Case No. 1:13-CV-00369 (KPF) and *Wolf, et al. v. Red Bull GmbH, et al.*, Case No. 1:13-CV-08008 (KPF);

10/22/2014

Your Honor,

I swear under penalty of perjury, pursuant to 28 U.S.C. § 1746, that: I made at least one retail purchase of Red Bull products in the United States between January 1, 2002 and October 3, 2014; that I did not make such purchase for resale; and I am not a Red Bull employee, officer, director, agent, or representative;

I wish to object to the proposed settlement in the above mentioned cases. I filed a claim only so that I could object as the notice website said that was the only way to do so. This claim and the proposed settlement do nothing other than to enrich the attorneys who brought this case and provide Red Bull with a list of people they can directly market to for a very low per person cost. This case is typical of a host of ludicrous lawsuits and an entire segment of the legal profession that seeks to enrich itself without accomplishing anything of value or societal benefit.

Red Bull's alleged claims to perk one up better than coffee may or may not have validity, but that millions of people buy the stuff certainly means that millions of people either like it, or believe it has a positive impact on them. People need to be responsible for their own actions and unless there is a

hidden health hazard in the product; that there may or may not be scientific proof of their claims should not entitle anyone to benefit.  I doubt there is scientific evidence that the attorneys who brought this suit are competent, but so long as their clients are happy with their work, it is not required.  I doubt Red Bull can scientifically prove they are capable of mailing out 5 million $15.00 samples of their drink, but so long as the court is satisfied they can- that would be good enough.

This suit, and most class action suits I have received information on in the last few years are flat out stupid and should be thrown out as a waste of the court's time and a waste of society's legal framework. Lawsuits should not be allowed to be a business model that a few enrich themselves on without societal benefit when no one has been harmed.  Your Honor, someone needs to make this stop, I suggest it start with you and this case, and  I thank you for your consideration.

Sincerely,

Barry Waterman

560 Sparks Mill Rd

Centreville, Md 21617

410-643-5005