UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CAREATHERS, individually, and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>RED BULL NORTH AMERICA, INC., a California Corporation,<br><br>              Defendants. | Civil Action No. 1:13-CV-0369 (KPF) |
| DAVID WOLF and MIGUEL AMARAZ, individually and on behalf of others similarly situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>RED BULL GMBH, a foreign company; RED BULL NORTH AMERICA, INC., a California Corporation; and RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation,<br><br>              Defendants. | Civil Action No. 1:13-CV-08008 (KPF) |

## NOTICE OF APPEARANCE

Now comes Erin L. Sheley and enters her appearance on behalf of Theodore H. Frank, objector and class member.

Dated: April 22, 2015                              Respectfully Submitted,

                                                              */s/ Erin Sheley*

                                                             Erin Sheley

        Center for Class Action Fairness
        1718 M Street NW, No. 236
        Washington, DC 20036
        Phone: (617)308-1215
        Email: erin.sheley@gmail.com
        Attorney for Objector Theodore H. Frank

## Certificate of Service

The undersigned certifies she filed the foregoing Motion on ECF which will send electronic notification to all attorneys registered for ECF-filing.

Dated: April 22, 2015

                                        /s/ *Erin Sheley*

                                        Erin Sheley