UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CAREATHERS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> - against -<br><br>RED BULL NORTH AMERICA, INC.,<br>A California corporation<br>A California corporation<br>a California corporation,<br>    Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>DAVID WOLF and MIGUEL ALMARAZ, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>     v.<br><br>RED BULL GMBH, a foreign company;<br>RED BULL NORTH AMERICA, INC.,<br>a California corporation; and<br>RED BULL DISTRIBUTION<br>COMPANY, INC.,<br>a Delaware corporation,<br><br>    Defendants. | 1:13-CV-0369 (KPF) |

_____

**NOTICE OF MOTION OF OBJECTOR PATRICK CRUZ FOR RECONSIDERATION**
_____

                                            Law Office of Quyen C. Hoang
                                            17011 Beach Blvd., Suite 900
                                            Huntington Beach, CA 92647
                                            Attorney for Objector Patrick Cruz

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion For Reconsideration, Objector Patrick Cruz by and through their undersigned attorneys, will move before the Honorable Katherine P. Failla, United States District Judge at the Thurgood Marshall United States Courthouse 40 Foley Square United States Courthouse, Courtroom 618, New York, New York 10007, on such date as the Court will determine, for an Order to Reconsider it's Judgment entered on May 12, 2015

Dated:  5/24/2015                                                                  Respectfully Submitted

*/ Quyen C. Hoang/*
_____
Law Office of Quyen C. Hoang
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Attorney for Objectors Patrick Cruz
and Ruben Quinones