**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| **BENJAMIN CAREATHERS,** individually, and on behalf of all others similarly situated, | : : : | 1:13-CV-0369 (KPF) ECF Case |
| Plaintiff, | : : : | Electronically Filed |
| - against - | : : | |
| **RED BULL NORTH AMERICA, INC.,** a California corporation, | : : : : | |
| Defendant. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

| | | |
|---|---|---|
| **DAVID WOLF and MIGUEL ALMARAZ,** individually and on behalf of others similarly situated, | : : : : | 1:13-cv-08008 (KPF) |
| Plaintiffs, | : : | |
| v. | : : | |
| **RED BULL GMBH,** a foreign company; **RED BULL NORTH AMERICA, INC.,** a California corporation; and **RED BULL DISTRIBUTION COMPANY, INC.,** a Delaware corporation, | : : : : : : : | |
| Defendants. | : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFFS' RESPONSE TO OBJECTOR/APPELLANT
DAVE MAGER'S REQUEST FOR LEAVE TO OPPOSE
<u>PLAINTIFFS' MOTION FOR AN APPEAL BOND</u>**

On August 11, 2015, Appellant Dave Mager ("Mager") requested leave to file an untimely opposition to Plaintiffs' motion for an appeal bond.  *See* Dkt. No. 120.  Plaintiffs take no position with respect to Mager's request other than to ask that, in the event the Court allows the submission, it likewise accept the memorandum attached as Exhibit A in reply.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 19, 2015<br>San Francisco, CA | KAPLAN FOX & KILSHEIMER LLP<br><br>*/s/ Laurence D. King*<br>Laurence D. King<br>Linda M. Fong<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone:  (415) 772-4700<br>Facsimile:   (415) 772-4707<br>lking@kaplanfox.com<br>lfong@kaplanfox.com<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Frederic S. Fox<br>Melinda D. Campbell<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>ffox@kaplanfox.com<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Justin B. Farar<br>11111 Santa Monica Blvd, Suite 620<br>Los Angeles, CA 90025<br>Telephone:  (310) 575-8670<br>Facsimile:   (310) 575-8697<br>jfarar@kaplanfox.com<br><br>*Attorneys for Plaintiffs David Wolf & Miguel Almaraz* |

| | |
|---|---|
| Dated: August 19, 2015<br>New York, NY | MORELLI ALTERS RATNER, LLP<br><br>*/s/ Benedict P. Morelli*<br>Benedict P. Morelli<br>David S. Ratner<br>Adam Deutsch<br>777 Third Avenue, 31st Floor<br>New York, NY 10017<br>bmorelli@morellilalters.com<br>dratner@morellialters.com<br>adeutsch@morellialters.com<br><br>MORELLI ALTERS RATNER, LLP<br>Jeremy W. Alters<br>Matthew T. Moore<br>Miami Design District<br>2675 N.E. 188th Street<br>Miami, Florida 33180<br>jalters@morellialters.com<br>mmoore@morellialters.com<br><br>*Attorneys for Plaintiff Benjamin Careathers* |

## CERTIFICATE OF SERVICE

I, Laurence D. King, hereby certify that on August 19, 2015, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to counsel of record.

Additionally, I caused the following parties, who are not registered to receive electronic notices via the Court's CM/ECF system, to be served by First Class Mail:

Benedict P. Morelli
Morelli Ratner PC
950 Third Avenue
New York, NY 10022

Barry Waterman
560 Sparks Mill Rd
Centreville, MD 21617

Christopher Andrews
P. O. Box 530394
Livonia, MI 48152-0394

Michael Narkin
85391 Chezem Road
Eugene, OR 97405

Christopher Bandas
Bandas Law Firm PC
500 N. Shoreline Blvd., Ste.1020
Corpus Christi, TX 78401
*Counsel for Objector-Appellant
Paul J. Lopez*

Dave Mager
10121 Page Road
Streetsboro, OH 44241

Jonathan Corbett
382 NE 191st St #86952
Miami, FL 33179-3899

Lawrence Montecalvo
273 Lion Point
Boulder, CO 80302

Chad Farmer
208 Via Morello
Encinitas, CA 92024

 

*/s/ Laurence D. King*
Laurence D. King