UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CAREATHERS, individually, and on Behalf of All Others Similarly Situated,<br>       Plaintiff,<br> vs.<br>RED BULL NORTH AMERICA, INC., a California Corporation,<br><br>       Defendants. | Civil Action No. 1:13-CV-0369 (KPF) |
| DAVID WOLF and MIGUEL AMARAZ, individually and on behalf of others similarly situated,<br>       Plaintiff,<br> vs.<br>RED BULL GMBH, a foreign company; RED BULL NORTH AMERICA, INC., a California Corporation; and RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation,<br><br>       Defendants. | Civil Action No. 1:13-CV-08008 (KPF) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Erin Sheley is hereby withdrawn as counsel of record in this matter.

Dated: August 19, 2015

            Respectfully Submitted,
            */s/ Erin Sheley*
            Erin Sheley
            Center for Class Action Fairness
            1718 M Street NW, No. 236
            Washington, DC 20036
            Phone: (403)903-2702
            Email: erin.sheley@gmail.com
            Attorney for Objector Theodore H. Frank

## Certificate of Service

The undersigned certifies she filed the foregoing Notice on ECF which will send electronic notification to all attorneys registered for ECF-filing.

Dated: August 19, 2015

                                                                                           */s/ Erin Sheley*  
                                                                                           Erin Sheley